No. 84–1969.   IN RE KINNANE;
No. 84–1970.   IN RE ZUGER;
No. 85–5103.   IN RE FORD; and
No. 85–5129.   IN RE BLACK.   Petitions for writs of habeas corpus denied.

No. 84–1976.   IN RE WALTON;
No. 84–1980.   IN RE RATCLIFF;
No. 84–6814.   IN RE WORD;
No. 84–6894.   IN RE WATKINS;
No. 84–6941.   IN RE PALLETT;
No. 85–5003.   IN RE WHALEY;
No. 85–5160.   IN RE SMITH-BEY; and
No. 85–5196.   IN RE JOOST.   Petitions for writs of mandamus denied.

No. 85–5099.   IN RE DAY.   Motion of petitioner to defer consideration of the petition for mandamus denied.   Petition for writ of mandamus denied.

No. 84–1944.   UNITED STATES ET AL. *v.* HEMME ET AL.   Appeal from D. C. S. D. Ill.   Probable jurisdiction noted.

No. 84–2030.   BROWN-FORMAN DISTILLERS CORP. *v.* NEW YORK STATE LIQUOR AUTHORITY.   Appeal from Ct. App. N. Y.   Probable jurisdiction noted limited to Question 2 presented by the statement as to jurisdiction.

No. 84–1667.   BETHEL SCHOOL DISTRICT NO. 403 ET AL. *v.* FRASER, A MINOR, ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 84–1726.   EAST RIVER STEAMSHIP CORP. ET AL. *v.* TRANSAMERICA DELAVAL INC.   C. A. 3d Cir.   Certiorari granted.

No. 84–1839.   SCHIAVONE ET AL. *v.* FORTUNE, AKA TIME, INC.   C. A. 3d Cir.   Certiorari granted.

No. 84–1913.   AT&T TECHNOLOGIES, INC. *v.* COMMUNICATIONS WORKERS OF AMERICA ET AL.   C. A. 7th Cir.   Certiorari granted.